UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

CIVIL ACTION NO. 2022-125-WOB-CJS

RODNEY CARLISLE, JR.                                         PETITIONER

VS.                              **ORDER**

WARDEN ABBY MCINTIRE                                         RESPONDENT

This matter is before the Court on the Report and Recommendation (Doc. 9) of the Magistrate Judge, and petitioner having filed no objections thereto, and the Court being sufficiently advised,

**IT IS ORDERED** that:

(1) The Report and Recommendation be, and it hereby is, **ADOPTED** as the findings of fact and conclusions of law of this Court;

(2) Rodney Carlisle's Petition Under 28 U.S.C. § 2254 for a Writ of Habeas Corpus by a Person in State Custody (Doc. 1) be, and is hereby, **DISMISSED**;

(3) No Certificate of Appealability shall issue herein; and

(4) This action be, and hereby is, **DISMISSED AND STRICKEN** from the Court's docket.

This 15th day of August 2022.



Signed By:
*William O. Bertelsman*  WOB
United States District Judge